UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| TARYN M., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|         v. | ) 2:19-cv-00567-JDL |
| | ) |
| ANDREW M. SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
|    Defendant. | ) |

**ORDER ACCEPTING THE RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

Taryn M. seeks judicial review of the Social Security Administration Commissioner's final decision determining that she is not disabled and denying her applications for disability insurance benefits and supplemental security income (ECF No. 1). Pursuant to 28 U.S.C.A. § 636(b)(3) (West 2021) and D. Me. Local R. 16.3(a)(2), United States Magistrate Judge John H. Rich III held a telephonic hearing on the Plaintiff's Statement of Errors (ECF No. 13) on June 17, 2020. The Magistrate Judge filed his Recommended Decision with the Court on November 15, 2020 (ECF No. 20), recommending that the Court affirm the Commissioner's decision. The Plaintiff objected to the Recommended Decision on November 28, 2020 (ECF No. 21). The Commissioner filed a Response to the Plaintiff's Objection on December 14, 2020 (ECF No. 22). I held a hearing on March 3, 2021, and heard arguments from counsel for both the Plaintiff and the Commissioner.

After reviewing and considering the Magistrate Judge's Recommended Decision, together with the entire record and the attorneys' arguments at the hearing,

I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur with the Magistrate Judge's conclusions as set forth in his Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 20) of the Magistrate Judge is hereby **ACCEPTED**, and the Commissioner's decision is **AFFIRMED**.

**SO ORDERED.**

**Dated this 19th day of March, 2021.**

                                                /s/ Jon D. Levy
                                      **CHIEF U.S. DISTRICT JUDGE**